# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,           )
                                    )
                    Plaintiff,      )
                                    )
        vs.                         )
                                    )
THOMAS P. RANES, NOPENON            )
DENNIS SHINE, DYLAN N. BALES,       )
**CURTIS H. MCDONALD**, KEVIN A.    )
BROWNING and ROBERT H.              )
MCDONALD,                           )
                                    )
                    Defendants      )   Case No.: A06-00041-04 Cr. (RRB)

## ENTRY OF APPEARANCE

COMES NOW David R. Weber, of the firm of Vasquez & Weber, P.C., and makes this, his Entry of Appearance as counsel on behalf of Curtis H. McDonald. The parties and the Court are respectfully requested to serve electronic copies of all pleadings and notices upon counsel at the e-mail address of record.

Respectfully submitted this 25th day of April 2006.

Vasquez & Weber, P.C.
Attorneys for Curtis H. McDonald
S/: David R. Weber,
943 West 6th Ste. 132
Anchorage, Alaska 99502
(907) 279-9122/9123 fax
vw.law@acsalaska.net
Ak. Bar Assn. No. 8409083

CERTIFICATE OF SERVICE

I certify that on April 25, 2006 electronic service of a copy of this Entry of Appearance was provided to the Court for all counsel of record pursuant to Criminal Rule 49(b), Civil Rule 5(b)(2)(D) and Local Rules 5, 5.1(a) and 5.2(c)(2).

S/: David R. Weber

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122    FACSIMILE (907) 279-9123
VW.LAW@ACSALASK.NET