```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs. __CURTIS H. MCDONALD__    CASE NO. __3:06-cr-00041-0R-RRB__
Defendant: __X__ Present __X__ In Custody

BEFORE THE HONORABLE: _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____ROBIN M. CARTER_____

UNITED STATES' ATTORNEY: _____FRANK RUSSO/MIKE BURKE_____

DEFENDANT'S ATTORNEY: _____MIKE DIENI - FRIEND OF THE COURT__

U.S.P.O.: _____PAULA MCCORMICK_____

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD 4/25/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:04 a.m. court convened.

__X__ Copy of Indictment given to defendant; waived reading.

__X__ Defendant sworn.

__X__ Defendant advised of general rights. __X__ Waived full advisement.

__X__ Defendant advised of charges and penalties.

__X__ Financial Affidavit **FILED.**
   __X__ Federal Public Defender to appoint CJA counsel; FPD notified.

__X__ Defendant stated true name: __Same as above__     Age: __50__

__X__ PLEAS: Not guilty to counts __1-2, Denied Count 141__

__X__ Defendant detained/Detention Hearing set for **April 28, 2006 at 10:00 a.m.**  Order of Temporary Detention **FILED.**

__X__ Pretrial motions due **May 23, 2006**  ; Order For the
   Progression of a Criminal Case **FILED.**

__X__ Counsel advised of trial date: **June 26, 2006**

__X__ OTHER: Meet and confer by **5/2/06**; discovery due by **5/9/06.**

At 11:25 a.m. court adjourned.

DATE: __April 25, 2006__      DEPUTY CLERK'S INITIALS: __Rc__