

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>THOMAS P. RANES, NOPENON<br>DENNIS SHINE, DYLAN N. BALES,<br>**CURTIS H. MCDONALD**, KEVIN A.<br>BROWNING and ROBERT H.<br>MCDONALD,<br><br>                    Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) )    Case No.: A06-00041-04 Cr. (RRB) |

## MOTION TO WITHDRAW AND APPOINT ALTERNATIVE CJA COUNSEL

COMES NOW Curtis H. McDonald, by and through counsel, David R. Weber, of the firm of Vasquez & Weber, P.C., and submits this, his Motion To Withdraw And Appoint Alternative CJA Counsel. For the reasons appearing below, Vasquez & Weber, P.C. cannot represent Mr. McDonald and must be allowed to withdraw. Mr. McDonald still wishes to be represented by counsel, however.

In reading the Indictment, undersigned counsel began to suspect that he may have represented an unindicted coconspirator. Counsel contacted the Assistant United States Attorney assigned to this case on April 26, 2006. It was confirmed that the unindicted coconspirator was, in fact, an old client of this Firm. Given the nature of that representation and the client confidences involved, this Firm cannot ethically investigate, confront or cross-examine the unindicted coconspirator.

Mr. McDonald wishes counsel to represent him. He wishes to have counsel appointed at public expense. However, Mr. McDonald's family has retained Mr.

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122    FACSIMILE (907) 279-9123
VW.LAW@ACSALASK.NET

1  English to represent Mr. McDonald at the April 28, 2006 bail hearing and possibly

2  beyond.

3       The Court is requested to address Mr. McDonald's representation.  First, the

4  Court is requested to allow this Firm to withdraw due to its conflict of interests.

5  Second the Court is requested to address the nature and scope of Mr. English's

6  Entry of Appearance (if any).  Finally, if Mr. English's appearance is limited in

7  scope, the Court is requested to appoint CJA counsel to Mr. McDonald.[1]

8       Respectfully submitted this 27th day of April 2006.

9                                    Vasquez & Weber, P.C.
                                     Attorneys for Curtis H. McDonald
10                                   S/: David R. Weber,
                                     943 West 6th Ste. 132
11                                   Anchorage, Alaska 99502
                                     (907) 279-9122/9123 fax
12                                   vw.law@acsalaska.net
                                     Ak. Bar Assn. No. 8409083
13

14

15

16

17

18                        CERTIFICATE OF SERVICE
19  I certify that on April 27, 2006, electronic service of a copy of this Motion To Withdraw
    And Appoint Alternative CJA Counsel was provided to the Court for all counsel of
20  record pursuant to Criminal Rule 49(b), Civil Rule 5(b)(2)(D) and Local Rules 5, 5.1(a)
    and 5.2(c)(2).

21

22                                    S/: David R. Weber

23

24  [1]     Ms. Minzenmayer has identified Mr. Datton as alternative CJA counsel for Mr.
    Curtis McDonald.  Ms. Minzenmayer has Mr. Datton "on hold" pending the matter
25  with Mr. English.

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122    FACSIMILE (907) 279-9123
VW.LAW@ACSALASKA.NET