IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,                         ) | |
| )| |
| Plaintiff,     ) | |
| ) | |
| vs.                                                                      ) | |
| ) | |
| THOMAS P. RANES, NOPENON DENNIS     ) | |
| SHINE, DYLAN N. BALES,                                 ) | |
| **CURTIS H. McDONALD,** KEVIN A.              ) | |
| BROWNING and ROBERT H. McDONALD, ) | |
| ) | |
| Defendants.   ) | |
| _____)Case No. 3:06-CR-00041-04 (RRB) | |

**ENTRY OF APPEARANCE**

COMES NOW William D. English, attorney at law, and enters his appearance as counsel on behalf of Curtis H. McDonald. The parties and the Court are respectfully requested to serve electronic copies of all pleadings and notices upon counsel at the e-mail address of record.

Dated this 27th day of April, 2006.

> The Law Offices of William English
> Attorney for Curtis H. McDonald
> S/: William D. English
> 310 K Street, Suite 200
> Anchorage, Alaska  99501
> (907) 274-3633
> Fax (202) 330-5072
> wdenglish7001@hotmail.com
> AK. Bar No. 9211077

CERTIFICATE OF SERVICE

I certify that on April 27, 2006 electronic service of a copy of this Entry of Appearance was provided to the Court for all counsel of record pursuant to Criminal Rule 49(b), Civil Rule 5(b)(D) and Local Rules 5, 5.1(a), and 5.2(c)(2).
S/: William D. English

Law Offices of William English
310 K Street, Suite 200
Anchorage, Alaska  99501
Ph: 907-264-6722
Fax:  907-277-0712

**IN THE SUPERIOR COURT FOR THE  STATE OF ALASKA**

**THIRD JUDICIAL DISTRICT AT ANCHORAGE**

| | |
|---|---|
| KAREN J. SINNOK, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| DENNIS W. SINNOK, | ) |
| | ) |
|       Defendant. | ) |

_____)Case No. 3AN-03-2657 CI

**MOTION TO PERMIT TELEPHONIC TESTIMONY**

  The defendant, Dennis W. Sinnok, by and through undersigned counsel, pursuant to Rule 99 Alaska Rules of Civil Procedure, hereby moves the court for permission to present testimony by telephone at the hearing on November 10, 2003.

  A proposed Order is also attached.

  DATED this _____ day of November, 2003, at Anchorage, Alaska.

            THE LAW OFFICES OF WILLIAM ENGLISH
            Attorney for Defendant


            By: _____
              William D. English
              Bar No. 9211077

CERTIFICATE OF SERVICE
This is to certify that on _____ a true and correct copy
of the foregoing pleading was served by _____ to:


By: _____
   William English

Law Offices of William English
310 K Street, Suite 200
Anchorage, Alaska  99501
Ph: (907) 264-6722
Fax:  (907) 277-0712

**IN THE SUPERIOR COURT FOR THE STATE OF ALASKA**

**THIRD JUDICIAL DISTRICT AT ANCHORAGE**

| | |
|---|---|
| KAREN J. SINNOK, | ) |
|  | ) |
|    Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| DENNIS W. SINNOK, | ) |
|  | ) |
|    Defendant. | ) |

3

_____)Case No. 3AN-03-2657 CI

## MEMORANDUM RE: MOTION TO PERMIT TELEPHONIC TESTIMONY

      Both parties residence is in Shishmaref, Alaska.  The parties were in Anchorage visiting relatives and attending the Alaska Federation of Natives convention during the time period that the Domestic Violence petition was filed.  Mr. Sinnok has returned to Shishmaref to work and care for the family residence.  Mr. Sinnok requests to testify by telephone at the hearing scheduled for November 10, 2003.

      DATED this _____ day of November, 2003, at Anchorage, Alaska.

                                      LAW OFFICES OF WILLIAM ENGLISH
                                      Attorney for Defendant

                                By: _____
                                        William D. English
                                        Bar No. 9211077

CERTIFICATE OF SERVICE
This is to certify that on _____ a true and correct copy
of the foregoing pleading was served by _____ to:

By: _____
      William English
Law Offices of William English
310 K Street, Suite 200
Anchorage, Alaska  99501
Ph: (907) 264-6722
Fax:  (907) 277-0712

## IN THE SUPERIOR COURT FOR THE  STATE OF ALASKA

## THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| KAREN J. SINNOK, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| DENNIS W. SINNOK, | ) |
| | ) |
|       Defendant. | ) |

_____)Case No. 3AN-03-2657 CI

## **ORDER PERMITTING TELEPHONIC TESTIMONY**

The defendant's request to permit telephonic testimony is hereby GRANTED.

DATED: _____                              _____
                                                                                            Judge/Magistrate