DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
MICHAEL J. BURKE
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
frank.russo@usdoj.gov


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-00041-4-RRB |
| | ) | |
| Plaintiff, | ) | **UNITED STATES' MOTION** |
| | ) | **FOR REVIEW OF SOURCE OF** |
| vs. | ) | **FUNDS PURSUANT TO 18** |
| | ) | **U.S.C. § 3142(G)(4)** |
| CURTIS H. MCDONALD, | ) | |
| | ) | **Filed on Shortened Time** |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW plaintiff United States of America and, pursuant to 18 U.S.C. §3142(g)(4), exercises its right to examine the source of funds that the defendant has posted for his release.  Upon information and belief, a "Tim Kelly" posted $20,000 by check in the clerk's office on May 2, 2005.  The United States has no

information pertaining to Tim Kelly, or the source of funds used to post bail. See

United States v. Nebbia, 357 F.2d 303 (2nd Cir. 1966). The United States requests

that the defendant's release be stayed until such examination has been made.

RESPECTFULLY SUBMITTED this 2nd day of May 2006, in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/ Frank V. Russo
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 West Seventh Avenue, #9, Room 253
>Anchorage, Alaska  99513-7567
>(907) 271-5071
>(907) 271-1500 (fax)
>Frank.Russo@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on May 2, 2006,
a copy of the foregoing served
electronically on William English.

s/ Frank V. Russo