IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CURTIS H. MCDONALD,<br><br>　　　　Defendant. | )  Case No. 3:06-cr-00041-04-RRB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Application having been made to this court by the United States of America to review the source of funds posted to release the defendant,

IT IS ORDERED that the release order of the Magistrate Judge, dated May 2, 2005, is STAYED pending examination by the United States of such funds.


Date: _____          _____
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE