IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CURTIS H. MCDONALD,<br><br>Defendants. | ) Case No. 3:06-cr-00041-04-RRB-<br>) JDR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Application having been made to this Court by the United States of America to appeal the Magistrate Judge's ruling regarding release of the defendant, pursuant to 18 U.S.C. § 3145,

IT IS ORDERED that the release order of the Magistrate Judge, dated May 2, 2005, is STAYED pending further review by this Court.

Date: _____          _____
                                                    UNITED STATES DISTRICT JUDGE