## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

### RELEASE ORDER

**TO:  UNITED STATES MARSHAL**

**RE:  UNITED STATES OF AMERICA VS.   CURTIS H. MCDONALD**

**CASE NO:**   3:06-cr-00041-04-RRB

-------------------------------------------------------------------------------------------------------

**Defendant**   Curtis H. McDonald                                                              ,

**has this date met the bail conditions indicated below and is ordered discharged from custody.**

✓ **Released to** Shawn Schmitt and/or wretha Mcdonald , **the third party custodian(s)**

✓ **Paid cash bail in the amount of** $20,000.00 **to the Clerk of Court** or $50,000.00 secured bond.

_____**Posted unsecured bond in the amount of** _____

_____**Posted bond secured by** ____ **property or** ____ **surety in the amount of** _____ **with the Clerk of Court**

_____**Surrendered passport to the Clerk of Court**

✓ **Other** to be on electronic monitoring

**Dated at**   Anchorage   **, Alaska this**   2nd   **day of**   May   **, 2006**

REDACTED SIGNATURE

**JOHN D. ROBERTS,**
**U.S. MAGISTRATE JUDGE**

Original & 1 cy to U.S. Marshal

(Rev 5/06)