## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>  UNITED SATES OF AMERICA  </u>    v.    <u>  CURTIS H. McDONALD  </u>

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                                       CASE NO.  <u>3:06-cr-00041-04-RRB</u>

<u> CAROLYN BOLLMAN </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**          DATE: May 2, 2006

     Plaintiff has filed a Motion on Shortened Time for Appeal of Release and Stay of Release Order at Docket 62. Defendant's response to the motion is due by noon on Wednesday, May 3, 2006.

[]{IA.WPD*Rev.12/96}