DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
MICHAEL J. BURKE
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA , ) | Case No. 3:06-cr-00041-4-RRB |
| ) | |
| Plaintiff, ) | **UNITED STATES'** |
| ) | **WITHDRAWAL OF REQUEST** |
| vs. ) | **FOR NEBBIA HEARING** |
| ) | |
| CURTIS H. MCDONALD, ) | **Filed on Shortened Time** |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW plaintiff United States of America and, hereby withdraws its earlier request made pursuant to 18 U.S.C. §3142(g)(4), to examine the source of funds that have been posted for the defendant's release.  This morning, the United

States had the opportunity to meet with Mr. Kelly, the depositor, who adequately explained the source of the $20,000 cash bond.

RESPECTFULLY SUBMITTED this 3rd day of May 2006, in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/ Frank V. Russo
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 West Seventh Avenue, #9, Room 253
>Anchorage, Alaska  99513-7567
>(907) 271-5071
>(907) 271-1500 (fax)
>Frank.Russo@usdoj.gov

I declare under penalty of perjury that a true
and correct copy of the foregoing was sent to
the following counsel of record on May 3, 2006, via:

(X )Electronic Filing

William English

s/ Frank V. Russo