AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

RECEIVED
MAY 0 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | **\*\* S E A L E D \*\***<br>**WARRANT FOR ARREST** |
| V.<br>CURTIS H. MCDONALD | CASE NUMBER: 3:06-00041-04RRB |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest CURTIS H. MCDONALD bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[X] Indictment  [] Information  [] Complaint  [] Order of Court  [] Violation Notice  [] Probation Violation Petition

charging him or her with (brief description of offense):
21:963, 952, 960(a), (b)(1), (b)(3) - CONSPIRACY TO IMPORT CONTROLLED SUBSTANCES - Ct 1
21:846, 841(a)(1), (b)(1)(A) - CONSPIRACY IN RELATION TO MARIJUANA TRAFFICKING - Ct 2
21:853(a)(1), (a)(2) - DRUG FORFEITURE - Ct 141

| | |
|---|---|
| Ida Romack<br>Name of Issuing Officer | Clerk of Court<br>Title of Issuing Officer |
| by: [signature] Deputy Clerk<br>Signature of Issuing Officer | April 19, 2006<br>Date and Location |
| Bail Fixed at $ to be determined | by Magistrate Judge John D. Roberts |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: ANCHORAGE ALASKA | | |
| DATE RECEIVED<br>20 APR 2006<br>DATE OF ARREST<br>22 APR 2006 | NAME AND TITLE OF ARRESTING OFFICER<br>S/A MARK SCHMIDT<br>DEA | SIGNATURE OF ARRESTING OFFICER<br>[signature] |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: Curtis Hugh McDonald

ALIAS: _____

LAST KNOWN RESIDENC: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH _____

DATE OF BIRTH _____

SOCIAL SECURITY NUMBER _____

HEIGHT: 5'11        WEIGHT: 210

SEX: MALE           RACE: White

HAIR: GREY          EYES: Blue

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____