William D. English
Attorney at Law
310 K Street, Suite 200
Anchorage, Alaska 99501
(907) 274-3633
wdenglish7001@hotmail.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:06-CR-00041-04 (RRB) |
|  | ) |
| Plaintiff, | ) **MOTION FOR EXTENSION** |
|  | ) **OF TIME TO FILE** |
| vs. | ) **PRETRIAL MOTIONS** |
|  | ) |
| CURTIS H. MCDONALD, | ) **FILED ON SHORTENED TIME** |
|  | ) |
| Defendant. | ) |
| _____ | ) |

COMES NOW the defendant, Curtis H. McDonald, by and through counsel, William English, and requests an extension of the 5/23/06 pretrial motions deadline until June 16, 2006. This request, per telephone conversation with Frank Russo the morning of May 17, 2006, is non-opposed. Given the non-opposition, an affidavit does not accompany this request.

The basis for this request is the Order For The Progression Of A Criminal Case signed by Magistrate Judge Roberts which ordered the Rule 16 discovery to be produced by May 2, 2006. As of this date, defendant has received 2 CDs out of an estimated 293 CDs of discovery in this case. 291 CDs were outsourced by the government to IMIG Audio/Video where there is a bottleneck in copying CDs. According to Erik Hayden at IMIG Audio/Video, some, but not all, CDs will be ready for pickup on Friday, May 19, 2006. There is no estimate of the time when all the CDs may be picked up.

Given the uncertain timing of discovery, the sheer volume of digesting 293 CDs, the burden of converting the CDs into hard copy, and the array of motions that need to be considered based on the discovery, the defendant is requesting adequate time for pretrial motions. Defendant asks for an extension until June 16, 2006.

Dated this 17th day of May, 2006.

>	The Law Offices of William English
>	Attorney for Curtis H. McDonald
>	S/: William D. English
>	310 K Street, Suite 200
>	Anchorage, Alaska  99501
>	(907) 274-3633
>	Fax (202) 330-5072
>	wdenglish7001@hotmail.com
>	AK. Bar No. 9211077

CERTIFICATE OF SERVICE

I certify that on May 17, 2006 a copy of the foregoing was served
Electronically on Frank Russo.
S/: William D. English

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-CR-00041-04 (RRB) |
| Plaintiff, ) | |
| vs. ) | |
| CURTIS H. MCDONALD, ) | |
| Defendant. ) | |

## **ORDER**

Application having been made to this court by the defendant to extend the pretrial motions deadline to June 16, 2006,

IT IS ORDERED that the request is hereby GRANTED. The pretrial motions deadline is extended to June 16, 2006.


Date: _____          _____
                                                                    UNITED STATES MAGISTRATE JUDGE

Case 3:06-cr-00041-RRB    Document 94    Filed 05/17/2006    Page 4 of 4