William D. English
Attorney at Law
310 K Street, Suite 200
Anchorage, Alaska  99501
(907) 274-3633
wdenglish7001@hotmail.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:06-CR-00041-04 (RRB) |
| Plaintiff, | ) **MOTION TO SEVER** |
| vs. | ) |
| CURTIS H. MCDONALD, | ) |
| Defendant. | ) |

COMES NOW the defendant, Curtis H. McDonald, by and through counsel, and moves the Court for an Order severing his trial from the other defendants and for a separate trial, and as grounds for this motion state:

1. The Defendant, Curtis H. McDonald, was indicted along with five co-defendants.

2. The magnitude and number of the acts chargeable to some of the other co-defendants far exceeds those chargeable to the Defendant, Curtis H. McDonald. The overwhelming amount of evidence against the co-defendants and the sparse evidence against Mr. McDonald, effectively prevents a jury from segregating and departmentalizing the evidence, thus denying Mr. McDonald a fair and impartial trial.

3. The overt acts charged in the indictment give rise to several individual conspiracies which do not appear attributable to the Defendant, Curtis H. McDonald, and thus evidence of same would prejudice him irreparably.

  WHEREFORE, the Defendant, Curtis H. McDonald, respectfully requests this Court to sever him from his co-defendants.

 Dated this 30th day of May, 2006.

            The Law Offices of William English
            Attorney for Curtis H. McDonald
            S/: William D. English
            310 K Street, Suite 200
            Anchorage, Alaska  99501
            (907) 274-3633
            Fax (202) 330-5072
            wdenglish7001@hotmail.com
            AK. Bar No. 9211077

CERTIFICATE OF SERVICE

I certify that on May 30, 2006 a copy of the foregoing was served
Electronically on Frank Russo.
S/: William D. English