## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:06-CR-00041-04 (RRB) |
| Plaintiff, | ) |
| vs. | ) |
| CURTIS H. MCDONALD, | ) |
| Defendant. | ) |

## **ORDER**

Upon reading Defendant's Motion to Sever and affidavit of counsel in support of his application for a separate trial, and any opposition thereto, and it appearing to the satisfaction of the Court that the interests of justice require the granting of a separate trial, it is

ORDERED, that said motion is granted, and it is further

ORDERED that the Defendant, Curtis H. McDonald, be tried separately and apart from his co-defendants upon the indictment.

Date: _____    _____
                                UNITED STATES MAGISTRATE JUDGE

2