William D. English
Attorney at Law
310 K Street, Suite 200
Anchorage, Alaska  99501
(907) 274-3633
wdenglish7001@hotmail.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )Case No. 3:06-CR-00041-04 (RRB) |
| | ) |
| Plaintiff, | )**REQUEST FOR HEARING** |
| | )**TO ADD 3RD PARTY** |
| vs. | )**CUSTODIANS** |
| | ) |
| CURTIS H. MCDONALD, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

COMES NOW the defendant, Curtis H. McDonald, by and through counsel, and

requests a hearing as soon as practicable to add two 3rd party custodians while the

defendant is released on bail.

Dated this 1st day of June, 2006.

The Law Offices of William English
Attorney for Curtis H. McDonald
S/: William D. English
310 K Street, Suite 200
Anchorage, Alaska  99501
(907) 274-3633
Fax (202) 330-5072
wdenglish7001@hotmail.com
AK. Bar No. 9211077

CERTIFICATE OF SERVICE

I certify that on May 30, 2006 a copy of the foregoing was served
Electronically on Frank Russo.
S/: William D. English

1