## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:06-CR-00041-04 (RRB) |
| Plaintiff, | ) |
| vs. | ) |
| CURTIS H. MCDONALD, | ) |
| Defendant. | ) |

## **ORDER**

A bail hearing to add two third party custodians will be held on the _____ day of June, 2006, at _____ a.m./p.m., in Courtroom _____.


Date: _____        _____
                                    UNITED STATES MAGISTRATE JUDGE

1

2

Case 3:06-cr-00041-RRB    Document 111-2    Filed 06/01/2006    Page 2 of 2