William D. English
Attorney at Law
310 K Street, Suite 200
Anchorage, Alaska  99501
(907) 274-3633
wdenglish7001@hotmail.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )Case No. 3:06-CR-00041-04 (RRB) |
| | ) |
| Plaintiff, | )**MOTION TO DEFER** |
| | )**RULING ON MOTION TO** |
| vs. | )**SEVER** |
| | ) |
| CURTIS H. MCDONALD, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

COMES NOW the defendant, Curtis H. McDonald, by and through counsel, and requests the Court defer ruling on defendant's Motion to Sever under Fed. Rule Crim. P. 12(d).  Under Rule 12 (d) a court may defer ruling on a motion for good cause.

The good cause that pertains to the Motion to Sever is that defendant filed his motion on May 30, 2006, which was the last day of the deadline for pre-trial motions. Under Fed. Rule Crim. P. 12(b)(3)(D), a Rule 14 motion to sever is a pre-trial motion. In an attempt at strict adherence to the May 30, 2006, deadline and an intent not to waive the defendant's rights to file a Motion to Sever, counsel filed the Motion to Sever without full discovery from the government.  Subsequent to the filing of the Motion to Sever, a hearing was held on June 5, 2006 to extend the trial date, and, as a result,  the trial date and pre-trial motions deadline will be extended for several months.  Also, subsequent to the filing of the Motion to Sever, the government certified that discovery was complete on June 15, 2006.

1

If counsel knew with certainty on May 30, 2006, that the pre-trial motions deadline would be several months away, the Motion to Sever never would have been filed without a full analysis of discovery.

Defendant asks the Court to defer ruling on the Motion to Sever and for an order allowing defendant to file a supplement to the Motion to Sever on or before the new pre-trial motions deadline.

Dated this 16th day of June, 2006.

>	The Law Offices of William English
>	Attorney for Curtis H. McDonald
>	S/: William D. English
>	310 K Street, Suite 200
>	Anchorage, Alaska  99501
>	(907) 274-3633
>	Fax (202) 330-5072
>	wdenglish7001@hotmail.com
>	AK. Bar No. 9211077

CERTIFICATE OF SERVICE

I certify that on May 30, 2006 a copy of the foregoing was served
Electronically on Frank Russo.
S/: William D. English