IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )| Case No. 3:06-CR-00041-04 (RRB) |
| )| |
| Plaintiff,   )| |
| )| |
| vs.   )| |
| )| |
| CURTIS H. MCDONALD,   )| |
| )| |
| Defendant.   )| |
| _____)| |

## **ORDER**

The defendant, Curtis H. McDonald, may file a supplement to his Motion to Sever by the new pre-trial motions deadlines in this case.

Date: _____    _____
UNITED STATES MAGISTRATE JUDGE

1