IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>THOMAS P. RANES,<br>NOPENON DENNIS SHINE,<br>DYLAN P. BALES,<br>CURTIS H. MCDONALD,<br>KEVIN A. BROWNING, and<br>ROBERT H. MCDONALD,<br><br>        Defendants. | Case No. 3:06-cr-0041-RRB<br><br><br>**ORDER GRANTING CONTINUANCE** |

       Before the Court, at Docket 118, is the Government's unopposed Motion to Continue Trial for One Week. Previously the Court found the case to be complex upon request of the parties and granted a significant continuance in order to allow the matter to be adequately prepared for trial. In selecting a new trial date, the Court attempted to schedule a time convenient for all parties. It now appears that the time selected is not convenient for Government counsel and a one-week continuance is sought. No party

ORDER GRANTING MOTION TO CONTINUE - 1
3:06-CR-0041-RRB

has opposed this request and it appears that no prejudice will accrue to any party as a result of the one-week additional continuance. Further, given the fact that all but one of the Defendants remains in custody, the fact that significant additional time is required to prepare the matter for trial, and the fact that each of the Defendants has expressly waived his right to speedy trial (and in fact joined in previous requests for continuance), the Court concludes that the interest of having this matter tried at an earlier date is outweighed by the interest of justice. The Government's motion is therefore **GRANTED**.

The Final Pretrial Conference is hereby continued to **February 2, 2007, at 9:00 a.m.** The trial of this matter is continued until **February 12, 2007,** at **8:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.

ENTERED this 19th day of June, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE