# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| ) | Case No. 3:06-cr-00041-RRB |

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
vs. )
)
UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
vs. )
)
THOMAS P. RANES, )
NOPENONE DENNIS SHINE, )
DYLAN N. BALES, )
CURTIS H. MCDONALD, )
KEVIN A. BROWNING, )
ROBERT H. MCDONALD, )
JOSHUA S. MURPHY, )
JUSTIN KILLIAN, )
RODNEY W. RHODEN, )
JAMES ROBERT RANES, )
SAMUEL JOSEPH MATECHUK, )
    a/k/a "Joe", )
MITCHELL S. LEBLANC, )
    a/k/a "Baldie", )
DANIEL J. KNEITEL, )
    a/k/a "Aussie", a/k/a "Ozzy", )
KURTIS R. CROY, )
    a/k/a "the Photographer", and )
KYLE MCDONALD- )
WOLOCHATIUK, )
)
        Defendants. )

## **<u>ORDER</u>**

Application having been made to this court by the United States of America for

an order unsealing the above-captioned indictment so that the above-captioned defendants may be arraigned on this superseding indictment.

IT IS ORDERED that the above-captioned superseding indictment shall be unsealed for all purposes.


Date: _____          _____
                                UNITED STATES MAGISTRATE JUDGE