# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

UNITED STATES v. CURTIS H. McDONALD

Case No. *3-06-cr-00041-04-RRB-JDR*

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

## MINUTE ORDER FROM CHAMBERS

### RE:  Motion to Defer Ruling on Motion to Sever, Docket No. 126

The magistrate judge shall defer the filing of a final Report and Recommendation as to Defendant Curtis McDonald's motion to sever pending consideration of Defendant Curtis McDonald's supplement to his motion to sever.  In light of the filing of a Superseding Indictment having been filed at Docket No. 131; the court has issued new pretrial motions deadlines.  *See* Docket No. 177.  Accordingly, the motion at Docket No. 126 is GRANTED and the issuance of a Final Report and Recommendation as to defendant McDonald's motion to sever, shall be held pending receipt of the supplemental briefing.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

July 6, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion.  <u>See</u> FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1).  No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-06-cr-00041-04-RRB-JDR McDONALD, Curtis MO @126 Re Mtn to Defer.wpd