IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:06-CR-00041-04 (RRB) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CURTIS H. MCDONALD, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## **ORDER**

This cause having come on to be heard on Defendant's Motion for a Bill of Particulars, and the Court being fully advised, it is

ORDERED, that the United States of America, within _____ days after service of a copy of this order, serve, and file a bill of particulars of the following matters:

1.


2.


Date: _____        _____
                                   UNITED STATES MAGISTRATE JUDGE