NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
JAMES BARKELEY
Assistant U.S. Attorneys
MICHAEL T. BURKE
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone:  (907) 271-3699
Fax:    (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-041-RRB |
| | ) | |
| Plaintiff, | ) | **UNITED STATES' RESPONSE TO** |
| | ) | **VERIFIED CLAIM TO CONTEST** |
| v. | ) | **FORFEITURE** |
| | ) | |
| CURTIS H. MCDONALD (D-4), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW plaintiff United States of America, by and through counsel, and hereby responds to defendant Curtis McDonald's "Verified Claim To Contest Forfeiture Of Seized Property Pursuant To 21 U.S.C. § 881" ("Verified Claim") dated June 23, 2006.  Exhibit 1.

In late June 2006, defendant McDonald filed the Verified Claim.  The property at issue is a 2005 Ford F250 pickup truck, allegedly forfeitable (see Count 144 of Superseding Indictment) as drug proceeds and because it facilitated marijuana trafficking.  The Verified

Claim purported to assert the innocent owner defense, by claiming that neither the defendant (nor his unindicted wife) knew of any illegal conduct giving rise to forfeiture.

The Verified Claim, on its face, did not appear to call for a response. However, in light of the recent guilty plea of a co-defendant and possible employment by defendant McDonald, a response is appropriate at this time.

First, to the extent that the Verified Claim asserts the wife's interest in the truck or her defense to the forfeiture thereof, it cannot be done indirectly through her husband. She did not sign the Verified Claim and Mr. English does not represent her. Since she is not a defendant, Mrs. McDonald's remedy is to await the criminal adjudication of her husband's interest in the truck; she cannot intervene and must seek relief in proceedings, civil in character, ancillary to the criminal case, to which she is not a party. 21 U.S.C. § 853(k), (n).

Second, as to the defendant's interest in the truck, the Verified Claim served as the functional equivalent of a "not guilty" plea to the criminal charges in the Superseding Indictment. The government asserts that the truck is forfeitable because on a facilitation theory, the defendant drove the gooseneck trailer (with hundreds of pounds of marijuana hidden in it) back from Canada to Anchorage on or about February 2, 2006. The defendant's version of these events has already been characterized as suspicious by the Court; the same is true as to the wife's knowledge. Docket 85. Thus, the issue of the truck's forfeitability (at this time, solely the defendant's interest in it) was joined when the Verified Claim was filed. The government's evidence that the truck was used to haul marijuana is overwhelming. The defendant's assertions to the contrary are not credible. The defendant

should expect testimony from co-defendants at trial, if necessary, bearing on the illegal use of the truck.

Third, as of August 29, 2006, the United States Probation Office advises that although the defendant remains unemployed, he may want to work in a relative's landscaping business. The defendant cannot possibly meet his burden of proving that a "hardship release" of his truck under 18 U.S.C. § 983(f) would be justified. This was true in late June and remains true today. Should the defendant establish a bona fide need for his truck's release, he should be required to file a motion and a supporting memorandum, so that the issues could be briefed before the Court considers such relief.

DATED this 30th day of August, 2006 in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury that a true and correct copy of the foregoing UNITED STATES' RESPONSE TO VERIFIED CLAIM TO CONTEST FORFEITURE was sent electronically this 30th day of August, 2006, to:

WILLIAM D. ENGLISH  (Counsel for defendant Curtis McDonald)
310 K Street, Suite 200
Anchorage, AK 99501

s/James Barkeley