William D. English
Attorney at Law
310 K Street, Suite 200
Anchorage, Alaska 99501
(907) 274-3633
wdenglish7001@hotmail.com

2006 JUN 27 AM 10: 52

US. ... ... ...FICE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )Case No. 3:06-CR-00041-04 (RRB) |
| | ) |
| Plaintiff, | )**VERIFIED CLAIM TO CONTEST** |
| | )**FORFEITURE OF SEIZED** |
| vs. | )**PROPERTY PURSUANT TO** |
| | )**21 U.S.C. §881** |
| CURTIS H. MCDONALD, | ) |
| | ) |
| Defendant. | ) |
| | ) |

COMES NOW the defendant, Curtis H. McDonald, by and through counsel, and contests the government's claim of forfeiture of seized property on April 22, 2006 in Anchorage, Alaska, in the District of Alaska.

The identity of the specific property being claimed is a 2005 Ford F-250 Pickup Truck with the following identification numbers associated with the case:

Asset ID: 06-DEA-466907

Case NO: RG-06-0018

Vehicle ID NO: 1FTSX21P95ED33593

Seized from Co-Owners: Curtis Hugh McDonald and Sandy R. McDonald

The claimant, Curtis H. McDonald, interest in the above property is co-owner with his wife, Sandy R. McDonald. Sandy R. McDonald has not been indicted in this case.

The basis for this claim is the innocent owner defense pursuant to 18 U.S.C. §983(f). Curtis H. McDonald did not know of the conduct giving rise to forfeiture. The

1

co-owner, Sandy R. McDonald, did not know of the conduct giving rise to forfeiture.

Curtis H. McDonald seeks an immediate release of the above property pursuant to

18 U.S.C. §983(f) because the seized property prevents claimant from working and

functioning in his business. Mr. McDonald has sufficient ties to the community to provide

assurance that the property will be available at time of trial.

Dated this 23rd day of June, 2006

wdenglish7001@hotmail.com
AK. Bar No. 9211077

I have read the above claim and verify that the
statements made herein are true and accurate.

Date: 6/26/06 

Curtis H. McDonald

SUBSCRIBED AND SWORN TO before me this _26_ day of June, 2006, at
Anchorage, Alaska.

OFFICIAL SEAL
MONTY E. BENSON
NOTARY PUBLIC-STATE OF ALASKA

Marty S. Benson
Notary Public in and for Alaska
My commission expires: 12-19-09

CERTIFICATE OF SERVICE

I certify that on June _26_, 2006 a copy of the foregoing was served
By mail on Frank Russo.
Assistant US Attorney
US Courthouse

Curtis H. McDonald

2