William D. English
Attorney at Law
310 K Street, Suite 200
Anchorage, Alaska  99501
(907) 274-3633
wdenglish7001@hotmail.com

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:06-CR-00041-04 (RRB) |
|  | ) |
| Plaintiff, | ) **NOTICE OF WITHDRAWAL OF** |
|  | ) **MOTION TO SEVER** |
| vs. | ) |
|  | ) |
| CURTIS H. MCDONALD, | ) |
|  | ) |
| Defendant. | ) |
| _____ | ) |

COMES NOW the defendant, Curtis H. McDonald, by and through counsel, and withdraws his Motion to Sever filed May 30, 2006.  (See docket 107)

Dated this 22nd day of September, 2006.

> The Law Offices of William English
> Attorney for Curtis H. McDonald
> S/: William D. English
> 310 K Street, Suite 200
> Anchorage, Alaska  99501
> (907) 274-3633
> Fax (202) 330-5072
> wdenglish7001@hotmail.com
> AK. Bar No. 9211077

CERTIFICATE OF SERVICE

I certify that on September 22, 2006 a copy of the foregoing was served Electronically on Frank Russo.
S/: William D. English

1