NELSON P. COHEN
United States Attorney

JAMES BARKELY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
james.barkeley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | Case No. 3:06-cr-00041-RRB |
| ) | |
| Plaintiff,        ) | |
| ) | |
| vs.        ) | **NOTICE OF ATTORNEY** |
| ) | **APPEARANCE** |
| THOMAS P. RANES, NOPENON        ) | |
| DENNIS SHINE, DYLAN P. BALES,        ) | |
| CURTIS H. MCDONALD, KEVIN A.        ) | |
| BROWNING, and ROBERT H.        ) | |
| MCDONALD, JOSHUA S. MURPHY,        ) | |
| JUSTIN KILLIAN, RODNEY W.        ) | |
| RHODEN, JAMES ROBERT RANES,        ) | |
| SAMUEL JOSEPH MATECHUK,        ) | |
|     a/k/a "Joe", MITCHELL S.        ) | |
| LEBLANC, a/k/a "Baldie", DANIEL J.        ) | |
| KNEITEL, a/k/a "Aussie", a/k/a        ) | |
| "Ozzy", KURTIS R. CROY, a/k/a "the        ) | |
| Photographer", and KYLE        ) | |
| MCDONALD-WOLOCHATIUK,        ) | |
| ) | |
| Defendants.        ) | |

COMES NOW the United States Attorney's Office, by and through James Barkeley, Assistant U.S. Attorney, and hereby enters an entry of appearance on behalf of the United States of America as co-counsel.  Frank V. Russo, Assistant U.S. Attorney, is currently still the lead attorney in this matter.

All further pleadings and correspondence, etc. shall also be sent to the following address:

>James Barkeley
>Assistant U.S. Attorney
>222 West 7th Avenue, Room 253, #9
>Anchorage, AK  99513-7567
>(907) 271-5071
>Fax: (907) 271-1500
>E-mail: james.barkeley@usdoj.gov

RESPECTFULLY SUBMITTED on this <u>22nd</u> day of September, 2006, in Anchorage, Alaska.

>NELSON P. COHEN
>United States Attorney
>
>s/ James Barkeley
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 West Seventh Avenue, #9, Room 253
>Anchorage, Alaska  99513-7567
>(907) 271-5071
>(907) 271-1500 (fax)
>James.Barkeley@usdoj.gov

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on September 22, 2006, via:

    (✔) ELECTRONIC NOTICE

**Michael Filipovic**
(Counsel for ▲ Thomas P. Ranes, Def. 1)
Federal Public Defender Office
1601 Fifth Avenue, Ste. 700
Seattle, Washington 98101
Tel: 206-553-1100
Fax: 206-553-0120

**Michael Dieni**
(Counsel for ▲ Nopenon Dennis Shine, Def. 2)
550 W. 7th Ave., #1600
Anchorage, AK 99501
Tel: 646-3400
Fax: 646-3480

**Phillip P. Weidner**
(Counsel for ▲ Dylan N. Bales, Def. 3)
330 L St., Suite 200
Anchorage, AK 99501
Tel: 276-1200
Fax: 278-6571

**Robert M. Herz**
(Counsel for ▲ Joshua S. Murphy, Def. 7)
425 G Street, Suite 600
Anchorage, AK  99501
Tel:  (907) 277-7171
Fax: (907) 277-0281

**Scott Sterling**
(Counsel for ▲ James R. Ranes, Def. 10 )
851 E. Westpoint Drive, Ste. 201
Wasilla, AK 99654
Tel: (907) 376-8076
Fax: 907-376-8078

**William D. English**
(Counsel for ▲ Curtis McDonald, Def. 4)
310 K St., Ste. 200
Anchorage, AK 99501
Tele: 264-6722
Fax:  277-0712

**Rex Lamont Butler**
(Counsel for ▲ Kevin Browning, Def. 5)
745 W. 4th Ave., Suite 300
Anchorage, AK 99501
Tel: 272-1497
Fax: 276-3306

**Joe P. Josephson**
(Counsel for ▲ Robert McDonald, Def. 6)
912 W. 6th Avenue
Anchorage, AK 99501-2024
Tel: 276-0151
Fax: 276-0155

**Allan Beiswenger**
(Counsel for ▲ Justin Killian, Def. 8)
1101 W. 7th Avenue
Anchorage, AK  99501
Tel: (907) 868-1280
Fax: (907) 258-6419

s/ James Barkeley