NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
JAMES N. BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
frank.russo@usdoj.gov
jim.barkeley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA , | ) | Case No. 3:06-cr-00041-4-RRB |
| | ) | |
| Plaintiff, | ) | **MOTION TO SEAL** |
| | ) | **PLEADING AT DOCKET 259** |
| vs. | ) | |
| | ) | |
| CURTIS H. MCDONALD, | ) | |
| | ) | *Filed on shortened time* |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States of America, by and through undersigned counsel, and hereby moves to seal the defendant's motion to disclose confidential informants, filed at docket 259.  Therein, the defendant mentions the name of alleged informant of the government.  Public disclosure of this information is

prohibited by the Court's order at docket 92-1.  Therein, the Court ordered that "Any court filing disclosing the affidavits or recordings mentioned above [concerning informant information] shall be filed under seal."  Within the defendant's motion, he refers to the very recordings protected by the Court's order, and discloses a first name of an alleged informant.  Accordingly, such pleading should be sealed.

RESPECTFULLY SUBMITTED this 8th day of November 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Frank V. Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true
and correct copy of the foregoing was sent by electronic
filing to Robert English on November 8, 2006.

s/ Frank V. Russo
Office of the U.S. Attorney