IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-00041-04-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER SEALING** |
| | ) | **PLEADING** |
| CURTIS H. MCDONALD, | ) | |
| | ) | |
| Defendants. | ) | |

Having considered the motion filed by the United States to seal the defendant's motion filed at docket 259, the Court grants the motion, as certain content of such motion is protected by the Court's order filed at docket 92-1.

**IT IS SO ORDERED**.

DATED this _____ of November, 2006, at Anchorage, Alaska.

_____
UNITED STATES MAGISTRATE JUDGE