IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:06-CR-00041-04 (RRB) |
| Plaintiff, | ) |
| vs. | ) |
| CURTIS H. MCDONALD, | ) |
| Defendant. | ) |

<b><u>ORDER</u></b>

This cause having come on to be heard on Defendant's Motion in Limine, and the Court being fully advised, it is

ORDERED, that the United States of America, not suggest or offer evidence of past uncharged crimes including cocaine dealing, to the jury in this case.

Date: _____     _____
                                UNITED STATES MAGISTRATE JUDGE

2

Case 3:06-cr-00041-RRB    Document 282-2    Filed 12/15/2006    Page 2 of 2