MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs   CURTIS H. MCDONALD     CASE NO.  3:06-CR-00041-04-RRB
Defendant: X Present      X On Bond

BEFORE THE HONORABLE          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:        CAROLINE EDMISTON

UNITED STATES ATTORNEY:       FRANK RUSSO/SHAWN FULLER

DEFENDANT'S ATTORNEY:         WILLIAM D. ENGLISH

U.S.P.O.:                     PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT
             Held 12/20/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:30 p.m. court convened.

 X Copy of Second Superseding Indictment given to defendant: waived reading.

 X Defendant advised of general rights, charges and penalties; waived full advisement of rights.

 X Defendant waived reading of the Second Superseding Indictment.

 X PLEAS: Not Guilty to Counts 1, 2 and 141 of the Second Superseding Indictment.

 X Defendant's conditions of release remain as previously set.

 X Pretrial motions due **January 12, 2007** with respect to new allegations only.

 X OTHER: Court directed counsel to file Attorney Conference Certificate on or before **December 29, 2006.**

At 2:38 p.m.

DATE:    December 20, 2006      DEPUTY CLERK'S INITIALS:   ce