IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:06-CR-00041-04 (RRB) |
| Plaintiff, | ) |
| vs. | ) |
| CURTIS H. MCDONALD, | ) |
| Defendant. | ) |

## ORDER

This cause having come on to be heard on Defendant's Motion in Limine, and the Court being fully advised, it is

ORDERED, that the United States of America, not suggest or offer evidence of past uncharged crimes including cocaine dealing, to the jury in this case, in its case in chief. Such conduct may become admissible for impeachment purposes.

Date: 12/28/06

UNITED STATES MAGISTRATE JUDGE

1