```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

U.S.A. vs. <u>CURTIS H. MCDONALD</u>     CASE NO. <u>3:06-cr-00041-04-RRB</u>
Defendant: <u>X</u> Present <u>X</u> On Bond

BEFORE THE HONORABLE:          <u>RALPH R. BEISTLINE</u>

DEPUTY CLERK/RECORDER:         <u>APRIL KARPER</u>

UNITED STATES' ATTORNEY:       <u>FRANK RUSSO</u>

DEFENDANT'S ATTORNEY:          <u>WILLIAM ENGLISH</u>

U.S.P.O.:                      <u>SCOTT KELLEY</u>

PROCEEDINGS: BAIL REVIEW HEARING HELD JANUARY 11, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:54 a.m. court convened.

Court and counsel heard re plaintiff's oral motion to remand defendant; **GRANTED.** Defendant detained. Order of Detention Pending Trial **FILED.**

At 8:59 a.m. court adjourned.

DATE:      <u>January 11, 2007</u>      DEPUTY CLERK'S INITIALS:  <u>ak</u>