IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) **MOTION TO RELEASE** |
| | ) **APPEARANCE BOND** |
| vs. | ) |
| | ) |
| CURTIS H. MCDONALD, | ) |
| | ) |
| Defendants. | ) |
| _____ | )Case No. 3:06-CR-00041-04 (RRB) |

COMES NOW William D. English, attorney at law, counsel on behalf of Curtis H. McDonald. and requests the court order the release of the $20,000.00 appearance bond deposited with the Court Registry on May 2, 2006. (See Docket 67). The defendant was taken into custody on January 11, 2007, and was ordered to remain in custody pending trial by Judge Beistline. No detention hearing by the defendant is contemplated at this time. Colleen McDonald, the defendant's sister, posted the appearance bond and this motion is unopposed by the government.

Dated this 31th day of January, 2007.

The Law Offices of William English
Attorney for Curtis H. McDonald
S/: William D. English
310 K Street, Suite 200
Anchorage, Alaska  99501
(907) 274-3633
Fax (202) 330-5072
wdenglish7001@hotmail.com
AK. Bar No. 9211077

CERTIFICATE OF SERVICE

I certify that on January 31, 2007 a copy of the foregoing was served
Electronically on Frank Russo.
S/: William D. English

1

Case 3:06-cr-00041-RRB     Document 370     Filed 01/31/2007     Page 2 of 2