**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | )Case No. 3:06-CR-00041-04 (RRB) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CURTIS H. MCDONALD, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**<u>ORDER</u>**

       This cause having come on to be heard on Defendant's Motion to Release

Appearance Bond, and the Court being fully advised, it is

       ORDERED, that the appearance bond of $20,000.00 be immediately released to the

party who posted the bond.

Date: _____      _____

                                     UNITED STATES MAGISTRATE JUDGE