UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            Plaintiff,<br>    vs.<br>(01) Thomas P. **Ranes**,<br>(02) Nopenon Dennis **Shine**,<br>(03) Dylan N. **Bales**,<br>(04) Curtis H. **McDonald**,<br>(05) Kevin A. **Browning**,<br>(06) Robert H. **McDonald**,<br>(07) Joshua S. **Murphy**,<br>(08) Justin **Killian**,<br>(09) Rodney W. **Rhoden**,<br>(10) James Robert **Ranes**,<br>(11) Samuel Joseph **Matechuk**,<br>(12) Mitchell S. **Leblanc**,<br>(13) Daniel J. **Kneitel**,<br>(14) Kurtis R. **Croy**,<br>(15) Kyle **McDonald-Wolochatiuk**,<br>(16) William C. **YANCEY**,<br>(17) Yin Tak **MIU,**<br><br>            Defendants. | 3-06-cr-00041-04-RRB-JDR<br><br>**ORDER  REGARDING**<br><br>**MOTION  TO**<br><br>**RELEASE  BOND  OBLIGATION**<br><br>**(Docket No. 370)**<br>**(Deft 04-Curtis H. McDonald)** |

      Defendant **Curtis H. McDonald** having been remanded to custody pending trial moves the court to release the $20,000.00 Appearance Bond, filed at Docket No. 67. Accordingly, the motion is GRANTED. The clerk is directed to return

the monies posted on behalf of the defendant to W. Coleen McDonald, owner of the cash.

DATED this 1st day of February, 2007, at Anchorage, Alaska.

    /s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge