Steven M. Wells
STEVEN M. WELLS, LLC
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E:  smwells@gci.net

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 3:06-cr-0041-RRB-JDR |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | UNOPPOSED MOTION FOR |
| | ) | SUBSTITUTION OF COUNSEL |
| THOMAS P. RANES, | ) | |
| NOPENONE DENNIS SHINE | ) | |
| **CURTIS H. MCDONALD** | ) | |
| JOSHUA S. MURPHY | ) | |
| JUSTIN KILLIAN | ) | |
| RODNEY W. RHODEN | ) | |
| SAMUEL JOSEPH MATECHUK | ) | |
| MITCHELL S. LEBLANC | ) | |
| DANIEL J. KNEITEL | ) | |
| KURTIS R. CROY | ) | |
| KYLE MCDONALD-WOLOCHATIUK | ) | |
| WILLIAM YANCEY | ) | |
| YIN TAK MIU | ) | |
| | ) | |
| Defendants. | ) | |

    Comes now Steven M. Wells of Steven M. Wells, LLC, and moves this court for an order substituting him as counsel for Mr. McDonald in the above-numbered action.  This motion is unopposed by Mr. William English, current counsel for Mr. McDonald, and Mr. Frank Russo, Assistant United States Attorney.  The parties and

USA v. Curtis McDonald
Case No. 3:06-cr-0041-RRB-JDR
Unopposed Motion to Substitute Counsel
Page 1

the Court are respectfully requested to serve electronic copies of all pleadings and notices upon counsel at the email address of record.

DATED this _____ day of March, 2007, at Anchorage, Alaska.

                        STEVEN M. WELLS, LLC
                        Attorneys for Defendant

By:    /s/ Steven M. Wells        .
       Steven M. Wells, ABA #0010066
       STEVEN M. WELLS, LLC
       711 H Street, Suite 450
       Anchorage, AK 9951
       P: (907) 276-2135
       F: (907- 278-8514
       E:  smwells@gci.net

CERTIFICATE OF SERVICE
I certify that on March 8, 2007, a copy of the Entry of Appearance was provided to the Court for all counsel of record pursuant to Criminal Rule 49(b), Civil Rule 5(b)(2)(D) and Local Rules 5, 5.1(a) and 5.2(c)(2).

   /s/ Steven M. Wells        .
    Steven M. Wells, LLC