Steven M. Wells  
STEVEN M. WELLS, LLC  
711 H Street, Suite 450  
Anchorage, AK 9951  
P: (907) 276-2135  
F: (907- 278-8514  
E:  smwells@gci.net  

Attorney for Defendant  

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Case No. 3:06-cr-0041-RRB-JDR |
|                                     ) | |
|                     Plaintiff,      ) | |
|                                     ) | |
|       v.                            ) | ORDER SUBSTITUTING |
|                                     ) | COUNSEL |
| THOMAS P. RANES,                    ) | |
| NOPENONE DENNIS SHINE               ) | |
| **CURTIS H. MCDONALD**              ) | |
| JOSHUA S. MURPHY                    ) | |
| JUSTIN KILLIAN                      ) | |
| RODNEY W. RHODEN                    ) | |
| SAMUEL JOSEPH MATECHUK              ) | |
| MITCHELL S. LEBLANC                 ) | |
| DANIEL J. KNEITEL                   ) | |
| KURTIS R. CROY                      ) | |
| KYLE MCDONALD-WOLOCHATIUK           ) | |
| WILLIAM YANCEY                      ) | |
| YIN TAK MIU                         ) | |
|                                     ) | |
|                     Defendants.     ) | |
|                                     ) | |

IT IS HEREBY ORDERED that Steven M. Wells, LLC, is substituted as counsel of record for defendant Curtis McDonald.

USA v. Curtis McDonald  
Case No. 3:06-cr-0041-RRB-JDR  
Order Substituting Counsel  
Page 1

DATED this _____ day of March, 2007, at Anchorage, Alaska.

_____
JOHN D. ROBERTS
United States Magistrate Judge