# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

UNITED STATES v. CURTIS H. McDONALD (D-03)

**Case No. 3:06-cr-00041-03-RRB-JDR**

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**

Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

## MINUTE ORDER FROM CHAMBERS

### RE: Motion for Substitution of Counsel, Docket No. 384

Defense counsel Steven M. Wells' motion for substitution as retained counsel for defendant **Curtis H. McDonald** is GRANTED. Accordingly, Mr. Steven M. Wells is hereby substituted for Mr. William English as counsel for the above named defendant.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

March 13, 2007

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2007\07 CR\3-06-cr-00041-03-RRB-JDR McDONALD @384 Order Substituting Retained Counsel.wpd

ORDER @384 GRANTING MOTION FOR SUBSTITUTION OF RETAINED COUNSEL
Entered at direction of
3-06-cr-00041-03-RRB-JDR       Judge John D. Roberts       03/13/2007; Page 1 of 1