```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

U.S.A. vs.   CURTIS H. MCDONALD      CASE NO. 3:06-CR-0041-04-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:            RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:           SAMANTHA LARK

UNITED STATES' ATTORNEY:         FRANK RUSSO

DEFENDANT'S ATTORNEY:            STEVEN M. WELLS

U.S.P.O.:                        PAMELA SHAW

PROCEEDINGS: PROPOSED CHANGE OF PLEA HEARING HELD 09/25/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:04 a.m. court convened.

 X Defendant sworn.

 X Defendant advised of general rights, charges and penalties.

 X Defendant stated true name: same as above      Age: 51

 X Defendant changed plea to guilty on count 1 of the Second Superseding Indictment. Count 2 of the Second Superseding Indictment to be dismissed at Imposition of Sentence. Government to file notice of forfeiture regarding count 141 of the Second Superseding Indictment.

 X Court accepted plea. Referred to P.O. for Presentence Report.

 X Imposition of Sentence set for **December 7, 2007 at 11:00 a.m.**

 X Defendant's detention continued.

 X OTHER: Trial by Jury previously set October 15, 2007 at 8:30 a.m. **VACATED.**

At 11:22 a.m. court adjourned.


DATE: September 25, 2007      DEPUTY CLERK'S INITIALS: sal

Revised 6-18-07