## NOTICE OF NON-COMPLIANCE WITH RULES

U.S. District Court, Office of the Clerk, 222 W. 7th Ave., Rm 229, Anchorage, AK 99513-7564, 907-677-6100

To: __Curtis McDonald__   Case Number: __3:06-cr-00041-04-RRB__
    __15244006, FCI Sea Tac__   Case Title: __USA v. Ranes et al__
    __PO Box 13900, Seattle Wa 98198__   Docket No: __N/A__

Document Title: __Ex Parte, Motion the court to order present defense counsel to withdraw and assign a new defense counsel.__

**Part I.** This form is being sent as a courtesy to advise you that document(s) filed in the above referenced case were not in compliance with Local and/or Federal Court Rules and to prevent such deficiencies in the future. The documents have been filed. The following deficiencies were identified:

LR 3.1 Papers to Accompany Filing
___(a) Cover Sheet missing

___OTHER (see comments)

LR 10.1 Form of Pleading
___ (a) General - see Comments Below
___ (b) No Chamber copy(s)-copy charge

Amount Due: $_____

***

**Part II.** This form is being sent to advise you that document(s) are being forwarded to counsel of record:

FRCP 5(d) Serving & Filing Pleadings and Other Papers
___ Discovery documents are not routinely filed

___ Depositions are not routinely filed

___ Pursuant to Court Order

_X_ OTHER (see comments)

28:1914(a) Filing Fee
___Returned for Filing Fee or waiver of fees

FRCP 10 Form of Pleading
___(a) Returned Complaint - Names of Parties not listed

***

**Part III.** This form is being sent to advise you that document(s) were not in compliance with Local and/or Federal Court Rules, which may result in the document(s) being stricken, if not corrected within 7 days:

LR 10.1 Form of Pleading
___(e) First page information missing (see comments below)
___(f) Document is not signed                            ___ OTHER (see comments)

LR 5.1 Proof of Service
___No proof of service on the document filed

***

**Comments:** __Pursuant to D Ak LR 11.1(a)(3)[A] A party that has appeared by counsel may not thereafter appear or act in the party's own behalf in the action unless an order of substitution has been entered by the court, after notice to the attorney of the party and all other parties.__

Name: __Chad Wilts__   Date: __**March 3, 2008**__

Distribution:
Original to filing party; copy to Assigned Judicial Officer; copy to case file

Revised: April, 2004