NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 3:06-cr-00041–04-RRB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | UNITED STATES SENTENCING |
| CURTIS MCDONALD, | ) | MEMORANDUM |
| | ) | |
| Defendant. | ) | |
| | ) | |

**SUMMARY OF SENTENCING RECOMMENDATIONS**

**TERM OF IMPRISONMENT** . . . . . . . . . . . . . . . . . . . . . . . **57  MONTHS**

**SUPERVISED RELEASE**  . . . . . . . . . . . . . . . . . . . . . . . . . . **4 YEARS**

**SPECIAL ASSESSMENT**  . . . . . . . . . . . . . . . . . . . . . . . . . . **$100.00**

The United States Probation Office ("USPO") has prepared a presentence investigation report ("PSR") in this case. The United States agrees with the factual findings of the USPO. The USPO appears to have made one error with respect to base offense level.

## I. BACKGROUND

The defendant was part of an international drug and money laundering conspiracy that is set forth in detail in the PSR. The Second Superseding Indictment, to which the defendant pled guilty, names him as a driver of vehicles used to transport marijuana and money to and from Canada . Essentially, the defendant was hired by Ranes immediately before the murder of Tom Cody. In late May, 2005, the defendant drove to Canada to deliver approximately $1.6 million dollars to one of the Canadian sources of supply. One million dollars of this money represented marijuana proceeds of Thomas Cody; the money was scheduled to be delivered to Canada to be picked up by a courier from the Ukraine to further Cody's investments in the Ukraine. The balance of the money was to pay for approximately 225 pounds of marijuana that the defendant was supposed to bring back to Alaska. However, the Canadian drivers he was scheduled to meet were stopped and arrested near Whitehorse; the 225 pounds was seized by the Royal Canadian Mounted Police. This set off a turn of events that led to Tom

Cody's murder and the attempted theft of the $1 million dollars. The defendant had no knowledge of Cody's murder, but was used as a pawn to effectuate the diversion of the $1 million dollars of Cody's money to Ranes.

Thereafter, the defendant was part of the conspiracy until the end, playing a direct role in bringing back 206 pounds of marijuana in November 2005, then bringing back 375 pounds of marijuana in February 2006, and delivering money for a shipment of marijuana in March 2006. Eventually, a shipment of 307 pounds of marijuana was seized on April 22, 2006.

## II.     THE PLEA AGREEMENT

The defendant pled guilty to count 1 (conspiracy to import marijuana) of the Second Superseding Indictment. As far as relevant conduct, the defendant admitted that "[d]uring the course of the defendant's involvement in the conspiracy, this group imported and / or received proceeds related to over 700 kilograms of marijuana, which was reasonably foreseeable to the defendant. " Plea Agreement, p. 5. Indeed, as Attachment A to the PSR indicates, there were nine border crossings that occurred during the defendant's participation in the conspiracy. According to information collected pursuant to the investigation, below is the list of marijuana imported during the defendant's participation in the conspiracy, along with money transported:

| Driver | Date | Amount of Marijuana and Source |
|---|---|---|
| Kurtis Croy | 5/27/2005 (attempted delivery) | 225 pounds (seized in Whitehorse) |
| Curtis McDonald | 6/15/2005 | $1.6 million moved into storage |
| Curtis McDonald | 9/7/2005 | Dry run |
| Curtis McDonald | 11/2/2005 | 206 pounds (CS Information & Email Account) |
| Kevin Browning | 12/11/2005 | Delivery of money (CS Information) |
| Kevin Browning | 12/23/2005 | 200 pounds (CS Information) |
| Curtis McDonald | 2/1/2006 | 375 pounds (CS Information) |
| Curtis McDonald | 3/15/2006 | Delivery of money (CS Information) |
| Kevin Browning | 4/21/2006 | 307 pounds (Seized) |

Adding the figures above, there was approximately 1313 pounds of marijuana imported and attempted to be imported during the defendant's participation in the conspiracy. In addition, approximately $1 million of the $1.6 million dollars moved on June 15, 2005 represented profits of marijuana smuggling. At a retail price of $4,000 a pound, this would equate to 250 additional pounds of marijuana. This equates to approximately 710 kilograms of marijuana (1563 / 2.2). The pre-sentence report ignores the defendant's stipulation, as well as the amounts of marijuana that were reasonably foreseeable to him. Therefore, the estimate in the plea agreement (between 700 and 1000 kilograms of marijuana) appears to be the correct amount of marijuana attributable to the defendant for relevant conduct purposes.

### III. GUIDELINE APPLICATIONS

In line with the estimate of the plea agreement, the defendant's base offense level should be 30 – rather than 28. All other adjustments applied by the USPO are correct, and therefore the defendant's adjusted offense level is 25 – rather than 23. The defendant is properly placed in criminal history category I, and therefore his advisory sentencing guideline range should be 57 to 71 months.

### IV. APPLICATION OF 18 U.S.C. § 3553(a)

Application of the factors set forth in 18 U.S.C. § 3553(a) supports the imposition of a sentence at the low end of the guideline range. This appears to be the defendant's first serious arrest; however, it is hard to imagine a more serious criminal endeavor to become involved with: an international drug and money laundering conspiracy that involved a murder. While the defendant had no knowledge of the murder, one can only wonder if Thomas Cody would still be alive today if the defendant had refused to drive to Canada with $1.6 million dollars in late May 2005.

Regardless, the defendant was a driver in a multi-million dollar conspiracy, and a serious sentence is warranted. Accordingly, the government requests a sentence of 57 months, followed by four years supervised release. A $100 special assessments is mandatory.

RESPECTFULLY SUBMITTED this  23rd  day of May, 2008 in Anchorage, Alaska.

>NELSON P. COHEN
>United States Attorney
>
>s/ Frank V. Russo
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 West Seventh Avenue, #9, Room 253
>Anchorage, Alaska  99513-7567
>(907) 271-5071
>(907) 271-1500 (fax)
>Frank.Russo@usdoj.gov

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on May 23, 2008, via:

    (X) Electronic case filing notice

Steven Wells, Esq.

Executed at Anchorage, Alaska, May 23, 2008

s/ Frank V. Russo_____
Office of the U.S. Attorney