```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. <u>CURTIS H. McDONALD</u>   CASE NO. <u>3:06-CR-00041-04-RRB</u>
Defendant: <u>X</u> Not Present <u>X</u> In Custody

BEFORE THE HONORABLE: <u>       RALPH R. BEISTLINE       </u>

DEPUTY CLERK/RECORDER: <u>       APRIL KARPER            </u>

UNITED STATES' ATTORNEY: <u>     FRANK RUSSO             </u>

DEFENDANT'S ATTORNEY: <u>        STEVEN WELLS            </u>

U.S.P.O.: <u>                    BETH MADER              </u>

PROCEEDINGS: STATUS HEARING (IMPOSITION OF SENTENCE)
             HELD MAY 30, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 1:33 p.m. court convened.

Court and counsel heard re non-appearance of defendant.

Imposition of Sentence set for **June 23, 2008 at 9:30 a.m.**

Defendant's detention continued.

At 1:37 p.m. court adjourned.

DATE: <u>     May 30, 2008     </u>   DEPUTY CLERK'S INITIALS: <u>  AMK  </u>

Revised 6/18/07