MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __CURTIS H. MCDONALD__     CASE NO.__3:06-CR-00041-04-RRB__
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE:_____RALPH R. BEISTLINE_____

DEPUTY CLERK/RECORDER:_____SAMANTHA LARK_____

UNITED STATES' ATTORNEY:_____FRANK RUSSO_____

DEFENDANT'S ATTORNEY:_____STEVEN M. WELLS_____

U.S.P.O.:_____BETH MADER_____

PROCEEDINGS: IMPOSITION OF SENTENCE HELD JUNE 23, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:06 p.m. court convened.

_X_ Court stated findings/reasons pursuant to sentencing
guidelines.

_X_ Imprisonment for a period of_32 months on count 1 of the_____
Second Superseding Indictment.

_X_ Defendant placed on supervised release for a period of_4___
years under the usual terms and conditions with special
conditions of supervised release as stated in the judgment.

_X_ Special Assessment $_100.00_, due_Immediately._____

_X_ Defendant remanded to the custody of the U.S. Marshal.

_X_ On motion of the U.S. Attorney, remaining count _2 of the___
Second Superseding Indictment_; **DISMISSED**.

_X_ Notice of Appeal form given to defendant; Court advised
defendant of appeal rights.

_X_ Payment coupon given to defendant.

_X_ OTHER:_Court and counsel heard re defendant's Oral Motion to_
Seal Proceedings; **DENIED.** Defendant to forfeit the defendant's
interest in the property to the United States as directed re
count 141 of the Second Superseding Indictment. Court and counsel
heard re plaintiff's Motion at (DKT 810); **GRANTED.**_____

At 3:18 p.m. court adjourned.


DATE:_____June 23, 2008_____ DEPUTY CLERK'S INITIALS:_sal_____

Revised 6/18/07