Steven M. Wells
STEVEN M. WELLS, LLC
711 H Street, Suite 450
Anchorage, AK 9951
P: (907)279-3557
F: (907)279-3558
E:  smwells@gci.net

Criminal Justice Act Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:06-cr-0041-04-RRB |
| Plaintiff, ) | |
| ) | |
| v. ) | NOTICE OF APPEAL |
| ) | |
| CURTIS McDONALD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Comes now Curtis McDonald and hereby appeals to the United States Court of Appeals for the Ninth Circuit from the judgment and sentence imposed in this case on June 23, 2008, which was signed by the court on June 28, 2008.

    DATED this 1st day of July, 2008, at Anchorage, Alaska.

                            STEVEN M. WELLS, LLC
                            Attorneys for Defendant

            By:     /s/ Steven M. Wells     .
                    Steven M. Wells
                    STEVEN M. WELLS, LLC
                    711 H Street, Suite 450
                    Anchorage, AK 9951
                    P: (907)279-3557
                    F: (907)279-3558

CERTIFICATE OF SERVICE

I certify that on July 1, 2008, a copy of the Notice of Appeal was served via electronic delivery on:

Mr. Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

　　/s/ Steven M. Wells　　　　．
　　　Steven M. Wells, LLC

USA v. Curtis McDonald
Case No. 3:06-cr-00041-04-RRB
Notice of Appeal
Page 2 of 2