Steven M. Wells
STEVEN M. WELLS, LLC
711 H Street, Suite 450
Anchorage, AK 9951
P: (907)279-3557
F: (907)279-3558
E:  smwells@gci.net

Criminal Justice Act Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cr-0041-04-RRB |
| Plaintiff, ) | |
| v. ) | MOTION TO WITHDRAW |
| CURTIS McDONALD, ) | |
| Defendant. ) | |

Comes now Steven M. Wells, counsel for the defendant, and moves to withdraw from further representation of Mr. McDonald. Mr. McDonald wishes to pursue claims of ineffective assistance of counsel. It would be a conflict of interest for me to advise him and represent him in these proceedings. Mr. Wells would note that he is CJA counsel for Mr. McDonald.

/ /

/ /

/ /

/ /

DATED this 1st day of July, 2008, at Anchorage, Alaska.

        STEVEN M. WELLS, LLC
        Attorneys for Defendant

By:    /s/ Steven M. Wells    .
        Steven M. Wells
        STEVEN M. WELLS, LLC
        711 H Street, Suite 450
        Anchorage, AK 9951
        P: (907)279-3557
        F: (907)279-3558

CERTIFICATE OF SERVICE
I certify that on July 1, 2008, a copy of the Motion to Withdraw was served via electronic delivery on:

Mr. Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

   /s/ Steven M. Wells    .
    Steven M. Wells, LLC