**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 07 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 08-30256 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 3:06-CR-00041-RRB-4 |
| v. | District of Alaska, Anchorage |
| CURTIS H. MCDONALD, | |
| Defendant - Appellant. | ORDER |



RECEIVED
AUG 11 2008
CLERK, U.S. DISTRICT COURT

Before: Peter L. Shaw, Appellate Commissioner.

On July 17, 2008, the district court relieved Steven M. Wells, Esq., as appellant's appointed counsel of record. On August 4, 2008, the district court appointed Allison E. Mendel, Esq., 1215 West 8th Avenue, Anchorage, Alaska 99501, (907) 279-5001, as appellant's counsel on appeal. The Clerk shall amend the docket to reflect the appointment of Allison E. Mendel, Esq., as counsel for appellant.

Counsel shall designate the reporter's transcript by September 2, 2008. The transcript is due October 2, 2008. Appellant's opening brief and excerpts of record are due November 12, 2008; appellee's answering brief is due December 12, 2008; and the optional reply brief is due within 14 days after service of the answering brief.

NW/MOATT Direct Criminal